**RECEIVED**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

2017 JUN 20 PM 12: 32

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

| | |
|---|---|
| MICHAEL PAPPALARDO | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. |
| | ) |
| SAMANTHA STEVINS, GREEN LIFE MEDICINALS, | ) |
| LLC, GREEN LIFE PATENTS LLC | ) 2:17-CV-346-FtM-99CM |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ GREEN LIFE MEDICINALS, LLC,
c/o SAMANTHA STEVINS, Reg. Agent
2681 Airport Road, South
Suite C-104
Naples, FL 34112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOHN H. FARO, Esq.
Faro & Associates
Quest Workspaces – 2nd Floor
999 Vanderbilt Beach Road
Naples, FL 34108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date 6-20-2017

_Signature of Clerk or Deputy Clerk_